UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

KARIM H. KAMAL,  Index No.: 1:23-cv-05498-JLC

                  Plaintiff,

      -against-  **STIPULATION**

AMERCAN TRANSIT INSURANCE COMPANY,
UBER TECHNOLOGIES, INC. and
RAGHBIR SINGH
                  Defendants.

-------------------------------------------------------------------x

HONORABLE JAMES L. COTT, United States Magistrate Judge:

    The next conference is set for _____.

1. This action arises out of an automobile accident which occurred on or about November 25, 2022, at or near the intersection of Sixth Avenue and Carmine Street in New York, NY. Plaintiff asserts that his car was struck by defendant Singh's unmanned vehicle resulting in vehicle damage and personal injury.
2. The parties submit the following proposed schedule:
    a. Plaintiff to be deposed on or before August 19, 2024;
    b. Defendant, ATIC and RAGHBIR SINGH to be deposed on or before December 2, 2024;
    c. Defendant, UBER TECHNOLOGIES to be deposed on or before December 5, 2024.
3. All depositions to be held virtual.
4. All outstanding discovery to be exchanged within 45 days.

                            */s/ Karim Kamal, Esq*
                            Karim H. Kamal, Esq.
                            LAW OFFICES OF KARIM H. KAMAL
                            Attorneys for Plaintiff
                            430 East 86th Street, Suite 14B
                            New York, New York 10028
                            (212) 586-0510

                            */s/ Sandra Bonnick*
                            Sandra Bonnick, Esq.
                            BARRY MCTIERNAN & MOORE
                            Attorneys for Defendants Singh & ATIC

101 Greenwich Street, 14th Floor
New York, NY 10006
(212) 313-3600

*Jack Imbornoni, Esq.*
_____
Jack T. Imbornoni, Esq.
WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP
Attorneys for Defendant Uber Technologies
1500 Broadway #2401
New York, NY 10036
(929) 342-6000

**SO ORDERED**.

_____   _____
**JAMES L. COTT**                **Date**
    **U. S. M. J.**