```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARIM H. KAMAL,

                Plaintiff,

      -v-

RAGHBIR SINGH ET AL.,

                Defendant(s).

**ORDER**

23-CV-5498 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Pursuant to the conference held via telephone today, the deadlines in this case are reset as follows:

    No additional discovery requests are permitted. The parties are to complete all written discovery as to which there is no dispute no later than September 27, 2024.

    To the extent there are disputes regarding fact discovery (including written discovery and fact depositions), any such disputes must be raised with the Court no later than October 11, 2024, or else the disputed discovery will not be provided.

    By November 1, 2024, the parties shall schedule an independent medical examination of Plaintiff Karim H. Kamal, which is to be completed by the end of November 2024, and shall advise the Court of the scheduled date in a letter filed on the docket.

    The parties shall complete all fact discovery no later than December 6, 2024.

Plaintiff's expert disclosures and report shall be served on all other parties no later than December 20, 2024.

Defendants' expert disclosures and reports shall be served on all other parties no later than January 31, 2025.

All expert depositions shall be completed no later than February 21, 2025.

Any dispositive motions shall be submitted no later than March 21, 2025.

**SO ORDERED.**

Dated: September 23, 2024
      New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge