# LAW OFFICE OF KARIM H. KAMAL
ATTORNEY AT LAW
430 EAST 86TH STREET, SUITE 14B
NEW YORK, NEW YORK 10028

KARIM H. KAMAL, ESQ.

TELEPHONE: 212-586-0510
FACSIMILE: 914-462-3262
EMAIL: khklaw@gmail.com

November 22, 2024

**VIA ECF**
Hon. Judge Henry J. Ricardo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: <u>Kamal v Singh, et al. (1:23-cv-05498-JGLC)</u>

Dear Hon. Judge Ricardo:

Counsel for the parties submit this joint letter reporting on the status of the above referenced matter and pursuant to Text Only Order, Entered: 09/13/2024, Docket # 27.

The parties have completed the depositions of all parties.

No discovery requests are outstanding.

The parties have completed all written discovery.

There are no disputes regarding fact discovery (including written discovery and fact depositions).

The parties are scheduling an independent medical examination of Plaintiff Karim H. Kamal, which is to be designated by the end of November 2024, and shall advise the Court of the scheduled date in a letter filed on the docket.

Plaintiff's expert disclosures and report shall be served on all other parties no later than December 20, 2024. Defendants' expert disclosures and reports shall be served on all other parties no later than January 31, 2025. All expert depositions shall be completed no later than February 21, 2025.

      Your attention to this matter is greatly appreciated. If you have any further questions or concerns, please contact the undersigned.

Respectfully submitted,

_____
Karim H. Kamal
Law Office of Karim H. Kamal
Attorney for Plaintiff
430 East 86th Street, Suite 14B
New York, NY 10028

_____
Barry Mctiernan & Moore
Atts for Defendants Singh & ATIC
101 Greenwich Street, 14th Floor
New York, NY 10006
Main: 212-313-3600
Direct: 212-313-3653

_____
Weber Gallagher
700 American Avenue, Suite 206
King of Prussia, PA 19406
(610) 239-2324
Atty for Defendant, Uber