```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARIM H. KAMAL,

                Plaintiff,

    -v-

RAGHBIR SINGH ET AL.,

                Defendants.

**ORDER**

23-CV-5498 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Pursuant to the Court's Order dated September 23, 2024, ECF No. 33, all discovery is scheduled to close on February 21, 2025. Accordingly, the parties are directed to submit a joint status letter on the docket by February 28, 2025 that addresses: (1) the status but not the substance of the parties' settlement discussions to date and whether a referral to the court mediation program is appropriate at this time; and (2) what motions, if any, the parties anticipate filing by the March 21, 2025 dispositive motion deadline.

**SO ORDERED.**

Dated: February 21, 2025
        New York, New York

                                          Hon. Henry J. Ricardo
                                          United States Magistrate Judge