UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARIM H. KAMAL,

Plaintiff,

-v-

RAGHBIR SINGH ET AL.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/20/2025__

**ORDER**

23-CV-5498 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court received a Letter dated March 20, 2025 from Defendant Uber Technologies, Inc., requesting a pre-motion conference and extension of the deadline to file dispositive motions.  ECF No. 39.

The deadline for all parties to submit dispositive motions is hereby extended to April 4, 2025.

A pre-motion conference is scheduled on March 25, 2025 at 12:00 p.m. by telephone.  The parties should contact Chambers using the Court's conference line, 646-453-4442 (Conference ID: 996 782 47#).

**SO ORDERED.**

Dated: March 20, 2025
     New York, New York

Hon. Henry J. Ricardo
United States Magistrate Judge

1