UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARIM H. KAMAL,

                    Plaintiff,

          -v-

RAGHBIR SINGH, ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2026

**ORDER**

23-CV-5498 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By letter motion dated January 14, 2026, Defendants requested that the Court adjourn the trial in this matter currently scheduled to begin on February 17, 2026, with Plaintiff's consent. ECF No. 60. The adjournment request is **GRANTED**. The jury trial before Magistrate Judge Henry J. Ricardo is now scheduled to begin on **March 17, 2026**, in Courtroom 21D at 500 Pearl Street, New York, New York 10007. The Court's October 28, 2025 Pretrial Order at ECF No. 58 otherwise remains in effect, including the January 16, 2026 pretrial submissions deadline and February 10, 2026 final pretrial conference date.

**SO ORDERED.**

Dated: January 14, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge