UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARIM H. KAMAL,

                Plaintiff,

      -v-

RAGHBIR SINGH ET AL.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2026

**ORDER**

23-CV-5498 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' March 8, 2026 letter.  ECF No. 81. Defendants are directed to submit, by **March 11, 2026**, additional information to the Court regarding Mr. Singh's current situation, including: (i) Mr. Singh's original flight number, (ii) when the original flight was cancelled, and (iii) what steps Mr. Singh is taking to book a new flight.

Until the Court orders otherwise, the parties should be prepared to move forward with the trial as scheduled, beginning on March 17, 2026 at 10:00 a.m.

**SO ORDERED.**

Dated: March 9, 2026
     New York, New York

Henry J. Ricardo
United States Magistrate Judge

1