USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/17/2026_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARIM H. KAMAL,

                Plaintiff,

      -v-

RAGHBIR SINGH ET AL.,

                Defendants.

**ORDER**

23-CV-5498 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The proposed verdict sheet is attached to this Order.

**SO ORDERED.**

Dated: March 17, 2026
      New York, New York

                                     Henry J. Ricardo
                                     United States Magistrate Judge

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KARIM H. KAMAL,                                      Case No. 23-cv-5498

                        Plaintiff,                [PROPOSED] **VERDICT SHEET**
        -against-

RAGHBIR SINGH, UBER TECHNOLOGIES,
INC. and AMERICAN TRANSIT INSURANCE
COMPANY,

                        Defendants.
-----------------------------------------------------------X


      *The jurors must answer the below questions in the order they are presented.  All jurors must agree on the answers to any questions they are directed to answer.*


1.      Was the defendant RAGHBIR SINGH negligent?

      The answer to this question must be unanimous.

      Yes_____ No_____

      *If your answer to Question "1" is "No," go no further and advise the Marshal that you have a verdict and return to the courtroom.  If your answer to Question "1" is "Yes" proceed to Question "2".*


2.      Was the negligence of the defendant RAGHBIR SINGH a substantial factor in causing the accident of November 25, 2022?

      The answer to this question must be unanimous.

      Yes_____ No_____

      *If your answer to Question "2" is "No," go no further and advise the Marshal that you have a verdict and return to the courtroom.  If your answer to Question "2" is "Yes" proceed to Question "3".*

3.      Was the plaintiff KARIM H. KAMAL negligent?

The answer to this question must be unanimous.

Yes_____ No_____

*If your answer to Question "3" is "No," proceed to Question "6". If your answer to Question "3" is "Yes" proceed to Question "4".*

4.      Was the negligence of KARIM H. KAMAL a substantial factor in causing the accident of November 25, 2022?

The answer to this question must be unanimous.

Yes_____ No_____

*If your answer to Question "4" is "No," proceed to Question "6". If your answer to Question "4" is "Yes," proceed to Question "5".*

5.      What was the percentage of fault of:

KARIM H. KAMAL                                          ____%
RAGHBIR SINGH                                           ____%
The total must equal 100%.                             100%

The answer to this question must be unanimous.

*Proceed to Question "6".*

6.      Did plaintiff KARIM H. KAMAL sustain property damage as a result of the accident of November 25, 2022?

The answer to this question must be unanimous.

Yes_____ No_____

*If your answer to Question "6" is "No," proceed to Question "8". If your answer to Question "6" is "Yes," proceed to Question "7".*

7.     State the amount awarded for property damage as a result of this accident.

The answer to this question must be unanimous.  If you decide not to make an award, insert the word "None."

Award for property damage $_____.

*Proceed to Question "8."*

8.     Did the plaintiff KARIM H. KAMAL sustain a significant limitation of use of a body function or system as a result of the accident of November 25, 2022?

The answer to this question must be unanimous.

Yes_____ No_____

*Proceed to Question "9".*

9.     Did the plaintiff KARIM H. KAMAL sustain a medically determined injury or impairment of a non-permanent nature which prevents the injured person from performing substantially all of the material acts which constitute such person's usual and customary daily activities for not less than ninety days during the one hundred eighty days immediately following the occurrence of the injury or impairment, as a result of the accident of November 25, 2022?

The answer to this question must be unanimous.

Yes_____ No_____

*If your answer to Questions "8" and "9" are "No," do not proceed any further and advise the Marshal that you have a verdict and return to the courtroom. If you have answered "Yes" to Question "8" or "9", proceed to Question "10."*

10.    State the amount awarded for past pain and suffering as a result of this accident.

The answer to this question must be unanimous.  If you decide not to make an award, insert the word "None."

Award for past pain and suffering $_____.

*Proceed to Question "11."*

11.      State the amount awarded, if any, for future pain and suffering as a result of this accident.

      The answer to this question must be unanimous.  If you decide not to make an award, insert the word "None."

      Award for future pain and suffering $ _____.


*The Foreperson should ensure that each juror agrees with the answer to each Question answered above.  If so, your deliberations have concluded and the Foreperson should sign and date below.  Then modify the Marshal that you have reached a verdict.  Do not tell the Marshal what the verdict is.*


Dated: March ___, 2026

_____
Foreperson